FILED IN CHAMBERS

MAR - 7 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALBRIDGE ALDINGER COMPANY, ) ) Plaintiff, ) ) v. ) ) D & N ELECTRIC COMPANY, ) DNS CONSOLIDATED, INC., and ) MATTHEW ARMSTRONG, Individually, ) ) Defendants. ) _____) | Civil Action File No. 1:11-CV-04602-ODE |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The discovery period shall be eight months from the date of the Joint Preliminary Report and Discovery Plan and shall run through and including October 24, 2012. The time for the parties to serve and to file their respective Initial Disclosures in accordance with Fed. R. Civ. P. 26 is hereby extended to and including March 1, 2012.

IT IS SO ORDERED, this ___6___ day of ___March___, 2012.

_____
HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE