FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 1 0 2012

James N. Hatten, Clerk
By: /s/ Am Cauu
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WALBRIDGE ALDINGER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:11-cv-04602-ODE |
| D&N ELECTRIC COMPANY. | ) | |
| DNS CONSOLIDATED, INC., and | ) | |
| MATTHEW ARMSTRONG, | ) | |
| Individually | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

Upon review of the Joint Motion to Amend Scheduling Order filed by all parties on September 7th, 2012 and for good cause showing, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The discovery period shall run through and including June 28, 2013. All dispositive motions shall be filed by August 1, 2013. No further discovery extensions shall be granted.

IT IS SO ORDERED, this 10 day of Sep r , 2012.

_____
HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

Order Prepared By:

Michael S. Fineman
Georgia Bar No. 260840
*Counsel for Defendant DNS Consolidated, Inc.*

Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
Tel: (404) 256-0700
Fax: (404) 250-9355
E-mail: mfineman@mfllaw.com
328134