IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 20 2013

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| WALBRIDGE ALDINGER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:11-cv-04602-ODE |
| D&N ELECTRIC COMPANY. ) | |
| DNS CONSOLIDATED, INC., and ) | |
| MATTHEW ARMSTRONG, ) | |
| Individually ) | |
| ) | |
| Defendants. ) | |

## SECOND AMENDED CONSENT SCHEDULING ORDER

Upon review of the Second Joint Motion to Amend Scheduling Order filed by all parties on May 10, 2013 and for good cause showing, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The discovery period shall run through and including August 30, 2013. All dispositive motions shall be filed by October 1, 2013. No further discovery extensions shall be granted.

IT IS SO ORDERED, this 17 day of May, 2013.

_____
HONORABLE ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

2508692v.1