# Exhibit C

**Exhibit 1**

Walbridge

777 Woodward Ave, Suite 300

Detroit, Michigan 48226

PARTIAL UNCONDITIONAL WAIVER

AND

ACKNOWLEDGEMENT OF INFORMATION INCLUDED ON SWORN STATEMENT

I/We have a contract with Walbridge to provide contract work for 5-1724-1602 the improvement of the property described as 5th BCT and hereby waive my/our construction lien rights, rights against any payment bonds, and claims arising from the improvement, in the cumulative amount of 10,721,962.19 for labor/material provided through 01/20/2011

This waiver, together with all previous waivers, if any, does cover all amounts due to me/us for the contract improvements provided through the date as above.

Additionally, I/we acknowledge that my/our work may be included on a sworn statement prepared by Walbridge and presented to and relied upon by Owner for payment and that I/we acknowledge notice of that information for purposes of Owner's compliance with applicable Construction Lien Laws.

D&N Electric Company
3015 RN Martin Street, East Point, Georgia 30344
404-254-4200

Signed:  *Michael Munroe*
Title:   Corporate Secretary
Date:    02/10/2011

I **Michael Munroe** being duly sworn, hereby swear that I am the **Corporate Secretary** of D&N Electric Company and I am authorized to sign this instrument.

Subscribed And Sworn To Before Me This:  10th day of February, 2011
Notary Public:  *Melissa Wallace*
My Commission Expires:  29th day of July, 2011
State of Georgia, County of Henry

D&N 087323

## SWORN STATEMENT

ATE OF: Georgia

COUNTY OF: Liberty

INV# 5-1724-160220

DATE: January 20, 2011

Michael Munroe, being duly sworn, states the following:

D&N Electric Company

is the Subcontractor for an improvement to the following real property in Liberty County, Georgia, described as follows: Electrical-Building D/B

The following is a statement of each subcontractor and supplier, as well as each laborer for whom payment of wages or fringe benefits and withholdings is due but unpaid, with whom the contractor has contracted for performance under the contract with the owner or lessee or will contract for performance under the contract with the owner or lessee. The amounts listed by each subcontractor, supplier, and laborer are true and accurate as of the date hereof.

| CONTRACTOR/SUPPLIER/ LABORER ADDRESS, PHONE # CONTACT PERSON | CONTRACT/ COMMITMENT AMOUNT | AMOUNT ALREADY PAID/INVOICED | AMOUNT CURRENTLY OWING | BALANCE TO COMPLETE |
|---|---|---|---|---|
| D&N Electric Company | $10,286,939.90 | $9,883,261.67 | $211,738.51 | $191,939.72 |
| Graybar | $145,958.72 | $145,958.72 | $0.00 | $0.00 |
| Hagemeyer | $160,736.87 | $0.00 | $133,053.47 | $27,683.40 |
| Mayer Electric | $118,097.53 | $118,097.53 | $0.00 | $0.00 |
| World Electric | $310,926.27 | $111,128.26 | $118,724.03 | $81,073.98 |
| TOTALS | $11,022,659.29 | $10,258,446.18 | $463,516.01 | $300,697.10 |

NOTES:  All Subcontractors and suppliers must be listed, even if no amounts are currently due.
Stating "Paid - in - Full", "All amounts current" or like statements are not acceptable.
Use additional pages if necessary

D&N 087324

Contractor represents that it has not procured labor or material from, or subcontracted with, any person or business other than those set forth on the previous page and contractor owes no money for the improvement other than the sums set forth on the previous page

...ponent further says that he or she makes the foregoing statement as the contractor or as Controller of the contractor for the purpose of representing to Walbridge and the owner or lessee of the premises described on the previous page that the property described on the previous page is free from claims of construction liens, claims of non-payment, or the possibility of construction liens, claims of non payment or bond claims, except as specifically set forth on the previous page

WARNING TO OWNER: AN OWNER OR LESSEE OF THE PROPERTY DESCRIBED ON THE PREVIOUS PAGE MAY NOT RELY ON THIS SWORN STATEMENT TO AVOID THE CLAIM OF A SUBCONTRACTOR, SUPPLIER, OR LABORER WHO HAS PROVIDED A NOTICE OF FURNISHING OR A LABORER WHO MAY PROVIDE A NOTICE OF FURNISHING PURSUANT TO SECTION 108 OF THE CONSTRUCTION LIEN ACT TO THE DESIGNEE OR TO THE OWNER OR LESSEE IF THE DESIGNEE IS NOT NAMED OR HAS DIED

February 10, 2011

*Michael Munroe*

(Michael Munroe)

Corporate Secretary

WARNING TO DEPONENT: A PERSON WHO GIVES A FALSE SWORN STATEMENT IS SUBJECT TO CRIMINAL PENALTIES AS PROVIDED IN SECTION 110 OF THE MICHIGAN CONSTRUCTION LIEN ACT (ACT NO. 497 OF THE PUBLIC ACTS OF 1980, AS AMENDED BEING SECTION 570.1110 OF THE MICHIGAN COMPILED LAWS) AND OTHER APPLICABLE LAW

Subscribed and sworn before me this 10th day of February, 2011

*Melissa Wallace*
Notary Public

Henry County, Georgia

My Commission expires July 29, 2011

1. A Sworn statement in the preceding form must be provided before any contractor or subcontractor can file a Complaint, Cross-claim, or Counter-claim to enforce a construction lien.

2. An owner or lessee may withhold payment to a contractor or subcontractor who has not provided a Sworn Statement. An owner or lessee may withhold from a contractor or subcontractor who has provided a Sworn Statement the amount sufficient to pay all sums shown on the statement as owing subcontractors, claimants who have provided Notices of Furnishing.

3. An owner or lessee may rely on a Sworn Statement to avoid a lien claim unless the lien claimant has provided the owner or lessee with a Notice of Furnishing.

D&N 087325