IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Walbridge Aldinger Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:11-CV-04602-ODE |
| | ) | |
| D&N Electric Company, DNS Consolidated, Inc., and Matthew Armstrong, Individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

COMES NOW Defendant D & N Electric Company and hereby notifies the Court and all counsel of record of the service on July 15, 2013 to all parties of the following documents:

- **Notice of Deposition of James White**

by placing a copy of same in the United States Mail with sufficient postage thereon to ensure deliver, addressed to its counsel of record as follows:

| | |
|---|---|
| Eric L. Nelson | Patrick Joseph O'Connor |
| Douglas L. Tabeling | Kenneth A. Shapiro |
| Smith, Currie & Hancock LLP | Mitchell & Shapiro, LLP |
| 2700 Marquis One Tower | One Securities Centre, Suite 650 |
| 245 Peachtree Center Ave. NE | 3490 Piedmont Road, NE |
| Atlanta, GA 30303-1227 | Atlanta, GA 30305 |
| | |
| Brian Joseph Duva | Mike Crawford |
| Richard S. Bruno | Stephen Michael Schatz |
| Mozley, Finlayson & Loggins, LLP | Swift, Currie, McGee & Hiers, LLP |
| One Premier Plaza, Suite 900 | The Peachtree, Suite 300 |
| 5605 Glenridge Drive | 1355 Peachtree Street NE |
| Atlanta, GA 30342-1386 | Atlanta, GA 30309-3238 |

This 15th day of July, 2013.

            s/Ronald J. Garber
            Ronald J. Garber
            Georgia Bar No.:  283838
            Counsel for D & N Electric Company
            Weissmann Zucker Euster Morochnik P.C.
            One Securities Centre, Suite 650
            3490 Piedmont Rd.
            Atlanta, Georgia 30305
            404-760-7425 direct
            404-364-2320 facsimile
            Ron@wzlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Walbridge Aldinger Company,<br><br>                  Plaintiff,<br>v.<br><br>D & N Electric Company, D & N Consolidated, Inc., and Matthew Armstrong, Individually,<br><br>                  Defendants. | Civil Action File<br>No. 1:11-CV-04602-ODE |

### **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on this 15th day of July, 2013, I electronically filed the foregoing Notice of Service of Discovery with the Clerk of Court using the CM/ECF system, which will automatically send notice to the below attorney of record:

Eric L. Nelson
elnelson@smithcurrie.com
Douglas L. Tabeling
dltabeling@smithcurrie.com

Brian Joseph Duva
bduva@mfllaw.com
Richard S. Bruno
rbruno@mfllaw.com

Patrick Joseph O'Connor
patrick@mitchellshapiro.com
Kenneth A. Shapiro
kshapiro@mindspring.com

Mike Crawford
mike.crawford@swiftcurrie.com
Stephen Michael Schatz
steve.schatz@swiftcurrie.com

The undersigned hereby also certifies that, pursuant to Local Rule 7.1 D, ND Ga., the attached pleading has been prepared in Times New Roman, 14 point font, a font and point selection approved by this court in Local Rule 5.1 B, ND Ga.

                                s/Ronald J. Garber
                                Ronald J. Garber
                                Georgia Bar No.:  283838
                                Counsel for D & N Electric Company
                                Weissmann Zucker Euster Morochnik P.C.
                                One Securities Centre, Suite 650
                                3490 Piedmont Rd.
                                Atlanta, Georgia 30305
                                404-760-7425 direct
                                404-364-2320 facsimile
                                Ron@wzlegal.com